PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 2 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Cedric Joseph Marks 2224060715
Plaintiff's Name and ID Number

Bell Co. Loop Jail, Belton, Tx.
Place of Confinement

CASE NO. 6:22-CV-010-_____
(Clerk will assign the number)

v.

Sheriff Eddie Lange 1201 Huey Rd., Belton, Tx 76513
Defendant's Name and Address

Dr. Peter Goldstein 1201 Huey Rd., Belton, Tx 76513
Defendant's Name and Address

Detective James C. Ponell 209 E. Ave A., Temple, Tx 76501
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES_X_ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.  PLACE OF PRESENT CONFINEMENT: *Bell Co. Texas, Belton, Texas*

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT:

A. Name and address of plaintiff: *Cedric Joseph Marks: Bell Co. Loop Jail, Belton, Texas 76513*

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: *Sheriff Eddie Lange: 1201 Huey Rd., Belton, Tx 76513*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*He has authority over jail that denied adequate medical care.*

Defendant #2: *Dr. Peter Goldstien: 1201 Huey Rd., Belton, Tx. 76513*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*Malpractise, misdiagnosis, inadequate treatment resulting in deformaty and disability.*

Defendant #3: *Detective James C. Powell 209 E. Ave A, Temple, Tx. 76501*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*During interview, promised medical care and surgery if I agreed to extradition*

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was booked into the Bell Co. Jail on Feb. 4, 2019, wherein I immediately reported that I had a torn left bicep resulting from handling by law enforcement that needed surgery. This report, twice was filed on 2-4-19 at 1144 a.m. On 2-8-19, I again reported the urgency for surgical and medical care on my arm. This report was taken by Angela Simms. On 2-11-19, Dr. Peter Goldstien incorrectly visually diagnosed my torn bicep as being only "flaccid", and referred me to Ortho. Cont'd

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

Because of the permenant injury sustained, 8th Amen violation, and denial of care, Suing for damages of $10,000,000.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Cedric Joseph Marks / "Spider Man" was MMA name.

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

In 1992/Oklahoma = 208315, and current pre-trial 222406071 Texas

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____ YES  X NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____ YES ____ NO

for an x-ray. Due to my experience as a Naval Corpsman and surgical Tech for the Navy and Army, I informed the Doctor that I suffered from a soft tissue injury which did not include any damage to the bone, which would be detected by an x-ray. I advised that I needed an MRI for a soft tissue scan. However, my plea was ignored due to my inmate status. I further explained that with this type of injury, there was a dedicated 3 month window from the time of injury in which to repair the rupture through surgery. Any time passed that time frame would result in permenant disability, deformaty, and inability to repair. Again, my plea was ignored. On 2-27-19, I reported the tear in my bicep again, restated the urgency for surgical care, as well as spasms in the arm that I was experiencing. This was reported to Shayla Edwards, RN.

I wasn't seen again until 4-5-19, and after the x-ray showed no bone fractures, which I had already alerted that an MRI, not x-ray was needed, I again pleaded for urgent surgical care — this report was taken by Tammy Montgomery. On 4-28-19, Angela Simms also reported another urgent plea for surgery. Throughout this time, I was sending multiple Inmate Requests to receive care (see attached) Many copies are not included, because once the Jail learned that I would be filing a lawsuit, concerted efforts ensued to block

cont'd

my efforts to obtain copies of my many medical requests involving my arm. Not until a new Major (Sowell) of the Jail personally interviened, I got no copies as evidence. Finally, an appointment was set by Michele Evan for me to go to the Roney Bone and Joint Center in Temple, Texas. The Doctor merely confirmed my fears that I had arrived for care two (2) months too late for any surgery to repair my arm. The tendon had fully retracted into my left forearm and begun to calcify which prevented reattachment, and the left bicep had retracted up towards the frontal left deltoid, and would not be able to stretch back for reattachment. The Doctor stated if I had been seen as late as April, 2019, there would have still been a chance for repair, but March would have been more optimum because the injury occured in January 2019. My arm is now visibly and permenantly deformed and disabled to the point that I cannot curl a total of 10 lbs. Prior to arrest, I was a Combatives trainer for the Army, a pro MMA competitor, and private trainer. I can no longer, ever interact in those positions the same again. I suffer daily arm spasms, pain, and burning sensations randomly. After my intitial arrest, after reporting my injury to Detective James C. Powell of the —

contd

Temple Police Dept., assured me that if I agreed to be extradited from Grand Rapids, MI. that Bell County Jail would "take care of all of that and that arm", and get me surgery in time. However, I've since discovered his tactics and words were disingenous at best. I plead to the Dr. Goldstien, Sheriff, and various medical staff at this jail for care, and I was misdiagnosed, ignored, stalled, and denied reasonable and needed medical care which has resulted in what has been a career ending lifelong disability accompanied by constant, unrelenting pain. I was in their custody, care, and control, and subject to their willigness, or unwilligness to provide care that they had a duty to. I am a pre-trial, unconvicted person, and cannot be punished for any reason, and I have the same rights as any, presumed innocent person. But I was denied all rights and subjected to cruel and unusual punishment that will now last for a lifetime.

Please note included requests for copies as evidence which were blocked to stop my lawsuit marked as pages 1-4, also my plea directly to the sheriff on 5-28-19 as page 5, and my final grievance filed on 7-2, 2020 and the Sheriff's final response marked as pages 6, 7, and 8. The Sheriff's response was false and geared to negate any responsibility on the jail's behalf.

C. Has any court ever warned or notified you that sanctions could be imposed?  _____YES  ✕ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _____
           DATE

*Cedric Joseph Marks*
_____
        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____14 +h____ day of __February__ , 20 _22_ .
        (Day)             (month)         (year)

*Cedric Joseph Marks*
_____
        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

*SENT COPY TO I/m 2-7-2022*




RECEIVED
JAN 3 1 2022

# BELL COUNTY LAW ENFORCEMENT CENTER

## INMATE SERVICES REQUEST

**Inmate's Name** *Cedric Marks*     **Cell** *BSU^3* **Date** *1-26-22*

**Time** _____ **Previous Request Sent To** _____

**This Request Sent To** *Sheriff Lange / Bell Co Jail Sheriff*

**Nature Of Request** *Blocking Info Requested*
**(See Back Side)**

**Please State Your Request** *For the last few weeks, members of your staff (Lt "C", Lt Davis) and even some medical staff have begun to intercept requests made by me to other staff requesting copies (allowed) of forms necessary to complete my now known pending federal Lawsuit, they're also taken to ignoring requests like the indigency form I sent to Mrs. James that is to*

**Inmate's Signature** _____

**Response / Action Taken On Your Request** _____
*This is not a complete grievance. I cannot conduct any investigation without details. I need to know who exactly, when, what, where, why, How. Please return these details within 30 days.*

_____

_____

**Signature Of Officer Handling Report** *[signature]*    **Date** *1/31/22*

**Initials Of Officer Returning Completed Copy To Inmate** _____

**Date** _____

## NOTICE TO INMATES

This Inmate Services Request form is provided to allow you a means to convey questions or complaints in a orderly manner. In order to make this system work and to protect your grievance proceeding rights, you must follow the below listed steps.

1.    This form should only be used when verbal contact with officers working your area have not fully answered your question or resolved your problem.

2.    You must state your specific question or complaint. Request such as "I want to see you" will be returned unless a specific need is written.

3.    Medical requests should state your need, symptoms, and past treatment, if any.

4.    Do not send more than one request on the same subject. You must allow sufficient time for it to be answered. This is usually three working days.

5.    If you do not receive an answer within three working days, you should write again.

6.    Requests that are repetitious may be discarded or returned unanswered.

7.    Different forms must be used for commisionary, visitation, court appointed counsel and requests which are available from the mail cart.

8.    In the event of an emergency, contact your floorwalker verbally or give them your written request and state that it is an emergency.

accompany said suit. I have been told such things (never was before my lawsuit was known) as to have my lawyer ask for the terms or verification of MY pants in MY file. First, I am Pro Se, so I AM my "lawyer" Secondly, the stalling tactics and refusals by your staff is illegal and against known policies. The suit IS happening. Your jail denied me medical care, I'm now disabled for life, I'm suing. The jail's actions will be noted to the federal court, if they do not cease. Also, I am preparing my defense for my upcoming trial. Hiding info about my pants will be reported to 3rd Circuit in Austin. I'm requesting this behavior stop, or I'll simply add more names to the suit.



# BELL COUNTY LAW ENFORCEMENT CENTER

## INMATE SERVICES REQUEST

Inmate's Name _Cedric Marks_    Cell B534 3    Date _01-13-22_

Time _____    Previous Request Sent To _Sgt. Wilkins_

This Request Sent To _Sgt. / Mrs. Williams_

Nature Of Request _Medical reports / Missing Inmate Requests_
(See Back Side)

Please State Your Request _First, thank you for delivering the inmate requests I've sent. Strangely, there were NO request forms that I sent requesting confirmation of the prints taken when I was booked here on Feb. 4, 2019. I sent requests to Sgt. Alcozer (2) Sgt. Alvarado (1) and Sgt. or Officer Boston (1) between Nov. 9, 2021 to Jan. 1, 2022. I would like those copies please. Also, there were no_

Inmate's Signature _(signature)_

Response / Action Taken On Your Request _Your request must be done by your lawyer_

_____

_____

_____

_____

_____

Signature Of Officer Handling Report _____ Date _____

Initials Of Officer Returning Completed Copy To Inmate _____

Date _____

## NOTICE TO INMATES

This Inmate Services Request form is provided to allow you a means to convey questions or complaints in a orderly manner. In order to make this system work and to protect your grievance proceeding rights, you must follow the below listed steps.

1.      This form should only be used when verbal contact with officers working your area have not fully answered your question or resolved your problem.

2.      You must state your specific question or complaint. Request such as "I want to see you" will be returned unless a specific need is written.

3.      Medical requests should state your need, symptoms, and past treatment, if any.

4.      Do not send more than one request on the same subject. You must allow sufficient time for it to be answered. This is usually three working days.

5.      If you do not receive an answer within three working days, you should write again.

6.      Requests that are repetitious may be discarded or returned unanswered.

7.      Different forms must be used for commisionary, visitation, court appointed counsel and requests which are available from the mail cart.

8.      In the event of an emergency, contact your floorwalker verbally or give them your written request and state that it is an emergency.

requests or medical forms I sent requesting medical care from 2019. I would like a copy of all medical forms that I sent to medical from 2019 as well as any/and inmate requests I made as I made multiple/several plea concerning my arm in 2019. Thank you again for your time.

PS: The request sent to Offc. Boston was find to booking and an unknown person signed, but I have no copy. It was sent in Dec. 2021.



**CCS** CORRECT CARE SOLUTIONS

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
|---|
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): *Cedric Marks*     DOB (Fecha de nacimiento): *7-15-74*

ID # (N° de identificación): *2224060715*     Living Unit (Unidad): *B Sep.3*

☑ **Medical (Medico)**   ☐ **Behavioral Health (Salud Mental)**   ☐ **Dental (Dental)**   ☐ **Other** _____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

*I would like a single copy of each medical request that I sent from the dates Feb. 4, 2019 to Jan. 1, 2020. Thank you*

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _____     Date (Fecha): *1-13-22*

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(TO BE COMPLETED BY TRIAGING STAFF)

**TRIAGE:**   ☐ **Emergent**   ☐ **Urgent**   ☑ **Routine**   | Triage Date: *1/18/22*  Initials: _____  Time: *1304*

**INITIAL:**   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)          ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)     ☐ Patient refused, Refusal Form complete
☐ Patient released from custody          **Fee Charge**   ☐ No   ☐ Yes, Amount $_____

**RESPONSE TO PATIENT / COMMENTS** _____ *your request must be made by your lawyer*

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

_____ Staff Signature          Date *1/18/22*

SENT COPY TO I/m 2-17-2022

④

FILE //

# BELL COUNTY LAW ENFORCEMENT CENTER

## INMATE SERVICES REQUEST

Inmate's Name _Cedric Marks_    Cell _3Sep3_ Date _2-4-22_

Time _____ Previous Request Sent To _Sheriff Lange_

This Request Sent To _Ofc. "Blie" (The Interceptor)_

Nature Of Request _Prior Inmate Request to SHERIFF_
(See Back Side)

Please State Your Request _I sent an inmate request to Sheriff Lange on 1-26-22 about info I'd requested being blocked, yet, Ofc. Blie intercepted it (which was the crux of the request) and responded with some inane admonishment about it not being a complete grievance. At no point did I state that the Inmate Request was a grievance, and I certainly did not send it to Ofc. Blie, who_

Inmate's Signature _[signature]_

Response / Action Taken On Your Request _Mr. Marks, moving forward I want you to direct all request forms, other than Medical, to Lt. Dallas. I have spoke to Lt Dallas and he is aware at this. In no way will we try to hinder you from receiving copies of information you are entitled to. I would ask you submit to Lt Dallas a request listing specific documents and if they are for Criminal or Civil Case. If there is_

Signature Of Officer Handling Report _[signature]_    Date _2-7-22_

Initials Of Officer Returning Completed Copy To Inmate _____

Date _____

_any issues, bring them to my attention immediately_
_I am the Sheriff's designee._

## NOTICE TO INMATES

This Inmate Services Request form is provided to allow you a means to convey questions or complaints in a orderly manner. In order to make this system work and to protect your grievance proceeding rights, you must follow the below listed steps.

1.    This form should only be used when verbal contact with officers working your area have not fully answered your question or resolved your problem.

2.    You must state your specific question or complaint. Request such as "I want to see you" will be returned unless a specific need is written.

3.    Medical requests should state your need, symptoms, and past treatment, if any.

4.    Do not send more than one request on the same subject. You must allow sufficient time for it to be answered. This is usually three working days.

5.    If you do not receive an answer within three working days, you should write again.

6.    Requests that are repetitious may be discarded or returned unanswered.

7.    Different forms must be used for commisionary, visitation, court appointed counsel and requests which are available from the mail cart.

8.    In the event of an emergency, contact your floorwalker verbally or give them your written request and state that it is an emergency.

felt the need to intercept it — said conduct of intercepting my requests sent for copies and info in order to supplement my pending federal lawsuit against this facility was the reason I sent the request, NOT grievance to the Sheriff, with the REQUEST being that he stop the behavior of his staff aimed at stalling and dissuading me from said filings, for Ofc. Blue to intercept the request clearly not for her, and then pretend to think it was an incomplete grievance rides the same misconduct I spoke about and is disgusting and kind of childish, AND will in no way stop me from filing, it only gives me one mor name to send and list to the Federal Court outlining



# BELL COUNTY LAW ENFORCEMENT CENTER

## INMATE SERVICES REQUEST

Inmate's Name _Cedric Mimes_    Cell _3x P3_ Date _5-28-19_

Time _1150 am_ Previous Request Sent To _Medical Personnel, Jail Doctor_

This Request Sent To _Sheriff Eddy Lange_

Nature Of Request _Denial of medical care_
(See Back Side)

Please State Your Request _I have made Six request for medical care_
_for the treatment of a TORN left bicep for over four months_
_now and have received NONE. I've been given motrin for the_
_constant pain and one x-ray which is NOT what's needed to_
_detect a torn tissue damage. My bicep is visibly deformed, and_
_at this time I have lost regular function in my left arm due_
_to a lack of proper medical care. This is my last step before_

Inmate's Signature _[signature]_

Response / Action Taken On Your Request _____

_Infirmary Staff will see you again_

Signature Of Officer Handling Report _Cpt R_ Date _6-4-19_

Initials Of Officer Returning Completed Copy To Inmate _____

Date_____



**RECEIVED**
JUL 0 6 2020
BY:

# BELL COUNTY LAW ENFORCEMENT CENTER

## INMATE SERVICES REQUEST

Inmate's Name _Cedric Marks_ Cell _BSU³_ Date _07-02-2020_

Time _1056am_ Previous Request Sent To _____

This Request Sent To _Sheriff, Judge, Grievance Officer_

Nature Of Request _Denial of medical care GRIEVANCE_
(See Back Side)

Please State Your Request _My lawyer instructed me to take this first step when I was booked on 2-5-2019, I immediately reported that due to an overly aggressive arrested even though I put up no resistance, my left arm suffered a further torn bicep. I then proceeded to send several medical requests to have my arm given adequate medical care, as mandated. However it was not until April 2019 that I was finally →_

Inmate's Signature _____

Response / Action Taken On Your Request _____

_____

_____

_____

_____

_____

_____

Signature Of Officer Handling Report _____ Date _____

Initials Of Officer Returning Completed Copy To Inmate _____

Date_____

# NOTICE TO INMATES

This Inmate Services Request form is provided to allow you a means to convey questions or complaints in a orderly manner. In order to make this system work and to protect your grievance proceeding rights, you must follow the below listed steps.

1.   This form should only be used when verbal contact with officers working your area have not fully answered your question or resolved your problem.

2.   You must state your specific question or complaint. Request such as "I want to see you" will be returned unless a specific need is written.

3.   Medical requests should state your need, symptoms, and past treatment, if any.

4.   Do not send more than one request on the same subject. You must allow sufficient time for it to be answered. This is usually three working days.

5.   If you do not receive an answer within three working days, you should write again.

6.   Requests that are repetitious may be discarded or returned unanswered.

7.   Different forms must be used for commisionary, visitation, court appointed counsel and requests which are available from the mail cart.

8.   In the event of an emergency, contact your floorwalker verbally or give them your written request and state that it is an emergency.

Seen by an older male doctor, with my hands cuffed behind my back, and with my shirt still on, the male doctor only visibly surveyed my arm without even physically assesing it. It must be noted that this doctor was visibly intoxicated and was so inept, that the escorting gaurd, SGT Ogle, made a statement as to the doctor's ineptitude. I was sent back to my cell without any diagnosis. After many more medical requests were sent by me, all of which were ignored, in May 2019, I finally sent one to Sheriff Lange and was told I'd finally get care. However, it wasn't until June 3, 2019, that I was taken to a temple hospital, where an orthepedic doctor told me it was too late by two months to repair my fully torn bicep. As a result, I am permenantly disabled and visibly physically disfigured. I suffer pain daily because of the denial of care.

## Grievance Continued

If I am ever to be released, I will never be able to work in my profession again as a professional M.M.A fighter. I will also never be able to train, instruct, or perform as I did before as an instructor for the US Army and civilian fitness sector. If I had received adequate medical care which I literally begged for on more that five written occasions, my arm, which was permenantly damaged by Texas officers, it would not be permenantly disabled nor would I suffer from steady, non-relenting, throbbing pain from the torn, "floating" bicep in my left arm. My quality of life has been permenantly diminished as a result of the purposeful negligence of this jail. Care for my arm wasn't elective, as it was, is a serious major physical injury which required surgery, thank you.

07-02-20

Cedric Marks

Grievance

Grievance

Grievance



 

# Inmate Grievance Response Form

## SHERIFF RESPONSE

**Print Date/Time:** 08/04/2020 08:55
**Login ID:** bellcounty\bluesl

BELL COUNTY SHERIFF DEPARTMENT
**ORI Number:** TX0140000

To: MARKS, CEDRICK JOSEPH - 01 BSEP3 BSEP B2
Inmate's Name and Location

From: 187048 - LANGE
SHERIFF

Response to Grievance dated: 08/04/2020 08:51          Received by: 187048 - LANGE

Response:
You were seen for your arm multiple times since your incarceration. The documentation received from Scott and White hospital states, "No need for surgical intervention for this issue at this time." There is sufficiant documentation that your medical needs were met to our best ability. Your appeal is denied.

_____ #2202
Signature

8/4/2020
Date

Page: 1 of 1



Cedric Marks 2229060715
113 W. Central Ave
Belton, TX
76513

USPS UNITED STATES POSTAGE
$ 002.560
PITNEY BOWES
02 1P
0000913809    FEB 15 2022
MAILED FROM ZIP CODE 76513

RECEIVED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

Legal Mail

Legal Mail

Dear Clerk                                    2-17-22

#2127028

I Richard Garza got moved on 2-16-22
to 3 Jester Road, Richmond, TX, 77406.
Case # 6:20-CV-013. Could you please send
Varification you recived. Thank You God Bless.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 2 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Richard Garza # 2127028
3 Jester Road
Richmond, TX
                77406

NORTH HOUSTON TX 773
18 FEB 2022    PM 6 L

FOREVER / USA

RECEIVED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

76503-645152

Clerk
United States District Court
Northern District of Texas
33 East Twohig, Room 202
San Angelo, Texas
                76903

Legal mai

(legal mail)